UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN RANDALL CURSHEN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

Nos. 12 Civ. 6529 (LBS),
09 Crim. 33 (LBS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/13

SAND, J.

In light of our endorsement on a January 25, 2013, letter that extended the Government's deadline to reply to February 25, 2013, Petitioner's January 28, 2013, motion for default judgment is DENIED as moot.

SO ORDERED.

Dated: February 13 2013
New York, NY

*Leonard B. Sand*

───────────────
U.S.D.J.